**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**UNITED STATES OF AMERICA**

**V.**                                    **4:24CR0008-1 JM**

**EUGENE WILSON**

### ORDER

Pursuant to the limited remand of the Eighth Circuit Court of Appeals, docket #59, I denied

Wilson's motion for release pending appeal because I do not believe that his appeal raises a

substantial question of law or fact likely to result in reversal or any other provision of 18 U.S.C.

§3143(b).    The Court certifies this order to the Court of Appeals for further action in connection

with this pending appeal.

IT IS SO ORDERED this 11th day of February, 2026.

_____
UNITED STATES DISTRICT JUDGE